IN THE UNITED STATES BANKRUPTCY COURT FOR THE

# EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| | ) | Case No. _____ |
| ANTHONY EUGENE BUDREAU | ) | |
| Debtor. | ) | Chapter 7 |

**VERIFICATION OF MATRIX**

The above named debtor hereby verifies that the attached List of Creditors is true and correct to the best of his/her/their knowledge.

Date: 11/11/2021

_____
Debtor Signature

BRET BARROW

320 CREEKMEADOW LANE

LEWISVILLE, TX 75067



CREDIT SYSTEMS INTERNATIONAL

1277 COUNTRY CLUB LANE

FORT WORTH, TX 76112



DRS HARVEY AND GAUS

111 EAST 11TH STREET

LAWRENCE, KS 66044



IC SYSTEMS INC

PO BOX 64378

SAINT PAUL , MN 55164



I C SYSTMES COLLECTIONS

PO BOX 64378

SAINT PAUL , MN 55164-0378



KIM SANGHOO

600 COMMERCE STREET

STE 101

DALLAS, TX 75202

MAZDA AMERICAN CREDIT

PO BOX 55000

DETROIT , MI 48255-1939

MOUNTAIN RUN SOLUTIONS LLC

313 1200 SOUTH

STE 200

OREM, UT 84058

OFFICE OF THE ATTORNEY GENERAL, CHILD SUPPORT DIVISION

300 WEST 15TH STREET

AUSTIN, TX 78701

PROPHAWK AVIATION LLC

681 CHINLE DRIVE

KANAB, UT 84741-3800

SAN DIEGO COUNTY/CITY TAX LIEN

1600 PACIFIC HIGHWAY

SAN DIEGO, CA 92101

SAN DIEGO COUNTY TAX OFFICE

1600 PACIFIC HIGHWAY

SAN DIEGO, CA 92101

SIMPLY STORAGE
4740 4TH ARMY DRIVE
FRISCO, TX 75034


US TREASURY- FNCL MGMT
PO BOX 830794
BIRMINGHAM, AL 35283


VERIZON WIRELESS
5725 ELDORADO PARKWAY
FRISCO, TX 75034


YEON LEE JI
600 COMMERCE STREET
STE 101
DALLAS, TX 75202